*Carlisle Norwood, Jr.*, and *W. W. Niles*, for appellants.

*Bernard Roelker* and *Cephas Brainerd*, for respondents.

*Per Curiam* opinion for affirmance.
All concur.
Judgment affirmed.

---

EDGAR B. BANKS, Appellant, *v.* SAM H. MILLER et al.,
Respondents.

This case presented the same question and was argued and decided with *Rockafellow* v. *Miller, ante*, p. 507.

---

THE CITY OF POUGHKEEPSIE, Respondent, *v.* ABRAHAM WILTSIE,
Appellant.

(Argued November 28, 1887; decided December 13, 1887.)

*Homer A. Nelson* for appellant.

*C. B. Herrick* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.